**UNITED  STATES  DISTRICT  COURT**

**SOUTHERN  DISTRICT  OF  GEORGIA**

**SAVANNAH   DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT -4  AM 11: 42

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| JOSE FERNANDO COLON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV406-040 |
| | ) | |
| FRED BURNETT, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.  Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _4_ day of ____O c T____, 2006.

_____
**B. AVANT EDENFIELD**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**